Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017
212-983-0900
Attorneys for Randy Griffin
By: Richard C. Yeskoo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RANDY GRIFFIN,                                              No. 1:08-cv-2981(LTS)

                                  Plaintiff,           Voluntary Dismissal

     – against –

DON KING PRODUCTIONS, INC.,

                                  Defendant.
----------------------------------------------------------------X

    This case having been settled, plaintiff hereby dismisses this case.

Dated: New York, New York
         April 10, 2008

                                  YESKOO HOGAN & TAMLYN, LLP
                                  Attorneys for Plaintiff
                                  535 Fifth Avenue
                                  New York, New York 10017
                                  212-983-0900

                                  By: __s/_____
                                       Richard C. Yeskoo (RY7329)

So Ordered:

_____
USDJ

1