SWAIN, 51

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 5 2008

Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017
212-983-0900
Attorneys for Randy Griffin
By: Richard C. Yeskoo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

RANDY GRIFFIN,                                          No. 1:08-cv-2981(LTS)

                              Plaintiff,                Voluntary Dismissal

        – against –

DON KING PRODUCTIONS, INC.,

                              Defendant.
————————————————————X

        This case having been settled, plaintiff hereby dismisses this case.

Dated:  New York, New York
        April 10, 2008

                                        YESKOO HOGAN & TAMLYN, LLP
                                        Attorneys for Plaintiff
                                        535 Fifth Avenue
                                        New York, New York 10017
                                        212-983-0900

                                        By: s/
                                            Richard C. Yeskoo (RY7329)

So Ordered:

_____ 4/15/2008
USDJ

                                        M